**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| RODOLFO PIÑEYRO DE LA GARZA, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | NO. 5:26-cv-04312-FB-HJB |
| | § | |
| APEX MERIDIAN GROUP, LLC, BUILDSA INVESTMENT GROUP, LLC, MORTGAGE ELECTRONIC SYSTEMS, INC., HOMETOWN EQUITY MORTGAGE, LLC, AND METROPOLITAN LIFE INSURANCE COMPANY, | § § § § § § § | |
| | § | |
| Defendants. | § | |

**APEX MERIDIAN GROUP AND BUILDSA INVESTMENT GROUP'S**
**COUNTERCLAIM FOR INDEMNITY AND ATTORNEY'S FEES**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Now come Defendants Apex Meridian Group, LLC, and BuildSA Investment Group, LLC, which file this counterclaim for indemnity and attorney's fees against Plaintiff in this matter, and respectfully show as follows.

I. CLAIM FOR DAMAGES AND ATTORNEY'S FEES

Plaintiff has filed seeking recission of the trustee's foreclosure sale of the property. The Deed of Trust in this matter obligates Plaintiff "to defend generally the purchaser's title to the Mortgaged Property against all claims and demands." See Deed of Trust, ⁋ V.3., p. 12, attached as Exhibit A to Plaintiff's Response to the Motion to Dismiss [Dkt. 20, Ex. A]. In this case, Defendants Apex Meridian Group, LLC, and

BuildSA Investment Group, LLC are bona fide third party purchasers in a good faith of the property to which the Deed of Trust applies.

Accordingly, Defendants Apex Meridian Group, LLC, and BuildSA Investment Group, LLC seek all incidental and consequential damages, and attorney's fees associated with this action against Plaintiff.

II. CONCLUSION

WHEREFORE, PREMISES, ARGUMENTS, and AUTHORITIES CONSIDERED, Defendants Apex Meridian Group, LLC, and BuildSA Investment Group, LLC pray that this Court award each all incidental and consequential damages, and attorney's fees against Plaintiff incurred as a result of this action.

DATED: September 2, 2026

Respectfully submitted,

Geoffrey N. Courtney
Texas Bar No. 00790514
ATTORNEY AT LAW
111 Soledad St., Suite 540
San Antonio, Texas 78205-1531
(210) 227-7121 - Telephone
(210) 227.0732 - Facsimile
GNCourtney@GNCourtney.com



GEOFFREY N. COURTNEY

**ATTORNEY FOR DEFENDANTS APEX MERIDIAN GROUP, LLC,** and **BUILDSA INVESTMENT GROUP, LLC**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of September 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Gerald Thomas Drought
MARTIN & DROUGHT, P.C.
112 E. Pecan St., Ste. 1616
San Antonio, TX 78205-3789
210-227-7591
gdrought@mdtlaw.com
Counsel for Plaintiff

Mark Douglas Cronenwett
LEWIS BRISBOIS BISGAARD & SMITH, LLP
2100 Ross Ave., Ste. 2000
Dallas, TX 75201
214-722-7100
mark.cronenwett@lewisbrisbois.com
Counsel for Home Equity Mortgage, LLC

C. Charles Townsend
HINSHAW & CULBERTSON, LLP
1717 Main St., Ste. 3625
Dallas, TX 75201
945-229-6370
ctownsend@hinshawlaw.com
Counsel for Metropolitan Life Insurance Company

I also certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

NONE.

/s/ Geoffrey N. Courtney
GEOFFREY N. COURTNEY